SHANA KEATING
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
415/567-9422
fax 776-8047
SBN 160900

Attorney for Defendant
BRIHANNALA MORGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-70515 BZ |
| Plaintiff, | GENERAL APPEARANCE |
| vs. | |
| NYENDAK WANGDEN, BRIHANNALA MORGAN, | |
| Defendants. | |

    SHANA KEATING hereby files a general appearance for defendant BRIHANNALA MORGAN in the above entitled case.

DATED:   8/13/08                Respectfully submitted,

                                          /s/
                                SHANA KEATING
                                Attorney for Defendant
                                BRIHANNALA MORGAN