1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN163973)
Chief, Criminal Division

4 | ELISE BECKER (NYSBN 2540730)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6878

7 | Facsimile: (415) 436-7234
Email: elise.becker@usdoj.gov

8

Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3-08-70515 BZ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION and (PROPOSED) ORDER EXCLUDING TIME |
| NYENDAK WANGDEN and BRIHANNALA MORGAN, | ) | |
| Defendants. | ) | |

The United States of America, by and through its attorneys, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Elise Becker, Assistant U.S. Attorney, and defendant Brihannala Morgan, by and through her attorney, Shana Keating, and defendant Nyendak Wangden, by and through her attorney, Derek St. Pierre, respectfully request that the scheduled court appearance of August 20, 2008, be vacated and rescheduled for September 24, 2008, before Magistrate Judge Bernard Zimmerman. The reason for the continuance is that government counsel is unavailable on the previously scheduled date and the parties request additional time to meet and confer on the case. The parties also agree and

Order Excluding Time
3-08-70515 BZ

stipulate that the time period between August 7, 2008 and September 24, 2008, should be excluded from the calculation of time in which the above captioned case must be charged by Information under Federal Rule of Criminal Procedure 5.1.  The parties further agree that the Speedy Trial Act does not apply to this case.

DATED: August 13, 2008                     Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney

                                                         /s/
                                           _____
                                           Elise Becker
                                           Assistant United States Attorney


DATED: August 13, 2008


       /s/                                               /s/
_____        _____
SHANA KEATING                              BRIHANNALA MORGAN
Counsel for Brihannala Morgan


DATED: August 13, 2008



       /s/                                               /s/
_____        _____
DEREK ST. PIERRE                           NYENDAK WANGDEN
Counsel for Nyendak Wangden



SO ORDERED.

DATED:



                                           _____
                                           UNITED STATES MAGISTRATE JUDGE



Order Excluding Time
3-08-70515 BZ