E-filing

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN163973)
3  Chief, Criminal Division

4  ELISE BECKER (NYSBN 2540730)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6878
7     Facsimile: (415) 436-7234
      Email: elise.becker@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        )   No. 3-08-70515 BZ
                                      )
15 |     Plaintiff,                   )
                                      )
16 |    v.                            )   STIPULATION and (PROPOSED)
                                      )   ORDER EXCLUDING TIME
17 | NYENDAK WANGDEN and              )
    BRIHANNALA MORGAN,                )
18                                    )
         Defendants.                  )
19

20

21         The United States of America, by and through its attorneys, Joseph P. Russoniello,

22  United States Attorney for the Northern District of California, and Elise Becker, Assistant U.S.

23  Attorney, and defendant Brihannala Morgan, by and through her attorney, Shana Keating, and

24  defendant Nyendak Wangden, by and through her attorney, Derek St. Pierre, respectfully request

25  that the scheduled court appearance of August 20, 2008, be vacated and rescheduled for

26  September 24, 2008, before Magistrate Judge Bernard Zimmerman. The reason for the

27  continuance is that government counsel is unavailable on the previously scheduled date and the

28  parties request additional time to meet and confer on the case. The parties also agree and

Order Excluding Time
3-08-70515 BZ

1  stipulate that the time period between August 7, 2008 and September 24, 2008, should be
2  excluded from the calculation of time in which the above captioned case must be charged by
3  Information under Federal Rule of Criminal Procedure 5.1. The parties further agree that the
4  Speedy Trial Act does not apply to this case.

DATED: August 13, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                                    /s/

                                          _____
                                          Elise Becker
                                          Assistant United States Attorney

DATED: August 13, 2008

        /s/                                         /s/
_____            _____
SHANA KEATING                             BRIHANNALA MORGAN
Counsel for Brihannala Morgan

DATED: August 13, 2008


        /s/                                         /s/
_____            _____
DEREK ST. PIERRE                          NYENDAK WANGDEN
Counsel for Nyendak Wangden


SO ORDERED.

DATED: 18 Aug 08

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

Order Excluding Time
3-08-70515 BZ