UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-70515 BZ |
| Plaintiff, | PROPOSED ORDER |
| vs. | |
| BRIHANNALA MORGAN, | |
| Defendant. | |

Based on the stipulation of the parties and GOOD CAUSE APPEARING therefore, it is hereby ordered that Brihannala Morgan's travel restriction is lifted and that she may travel outside the Northern District of California and within the United States during the pendency of this case. She will inform pre-trial services of any travel outside the Northern District of California, including where she is going, when she will be gone, and how she is planning to travel.

Dated:

United States Magistrate Judge

SHANA KEATING
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
415/567-9422
fax 776-8047
SBN 160900

Attorney for Defendant
BRIHANNALA MORGAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>BRIHANNALA MORGAN,<br><br>　　　　Defendant.<br>_____/ | Case No. CR-03-0395-CRB<br><br>STIPULATION FOR TRAVEL ORDER OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA |

　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

　　1.　Whereas Ms. Morgan has been released on this case.

　　2.　Whereas Ms. Morgan works as an campaigner for the Rainforest Action Network and is required to travel extensively for work.

　　3.　Whereas Ms. Morgan is charged with a misdemeanor with a top sentence of six months and has absolutely no prior criminal record.

/
/

1      3.    All parties hereby stipulate that Ms. Morgan's travel restriction be lifted so that she may travel freely within the United States. Ms. Morgan agrees to inform pre-trial services when she is to travel outside the Northern District of California.

DATED:    8/28/08                                    Respectfully submitted,

                /S/
SHANA KEATING
Attorney for Defendant
BRIHANNALA MORGAN


DATED:    8/28/08                                                    /S/
ELISE BECKER
Assistant United States Attorney