1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    Case No. CR 08-70515 BZ

             Plaintiff,                          PROPOSED ORDER

vs.

BRIHANNALA MORGAN,

             Defendant.

_____/

     Based on the stipulation of the parties and GOOD CAUSE APPEARING therefore, it is

hereby ordered that Brihannala Morgan's travel restriction is lifted and that she may travel outside

the Northern District of California and within the United States during the pendency of this case.

She will inform pre-trial services of any travel outside the Northern District of California,

including where she is going, when she will be gone, and how she is planning to travel.

Dated:    September 2, 2008

                                 United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   SHANA KEATING
    Attorney at Law
2   1934 Divisadero Street
    San Francisco, CA 94115
3   415/567-9422
    fax 776-8047
4   SBN 160900

5

6

7   Attorney for Defendant
    BRIHANNALA MORGAN

8

9

            UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA

11

12
    UNITED STATES OF AMERICA,              Case No. CR-03-0395-CRB
13
                Plaintiff,                 STIPULATION FOR TRAVEL ORDER
14  vs.                                    OUTSIDE THE NORTHERN DISTRICT OF
                                           CALIFORNIA
15  BRIHANNALA MORGAN,

16              Defendant.
    _____/
17

18
        IT IS HEREBY STIPULATED by and between the parties, through their undersigned
19  counsel that:

20
        1.    Whereas Ms. Morgan has been released on this case.
21
        2.    Whereas Ms. Morgan works as an campaigner for the Rainforest Action Network
22
    and is required to travel extensively for work.
23
        3.    Whereas Ms. Morgan is charged with a misdemeanor with a top sentence of six
24
    months and has absolutely no prior criminal record.
25

26
    /
27
    /
28

1     3.    All parties hereby stipulate that Ms. Morgan's travel restriction be lifted so that she

2 may travel freely within the United States.  Ms. Morgan agrees to inform pre-trial services when

3 she is to travel outside the Northern District of California.

4 DATED:    8/28/08                         Respectfully submitted,

5                                                  /S/
                                   SHANA KEATING

6                                    Attorney for Defendant
                                   BRIHANNALA MORGAN

7

8

9 DATED:    8/28/08                                   /S/
                                   ELISE BECKER

10                                    Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28